AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Charles Godlove | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-CV-132 (GROH) |
| Martinsburg Senior Towers, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Martinsburg Senior Towers
200 East Stephen Street
Martinsburg WV 25401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles Godlove
#205 East Stephen Street
Martinsburg WV 25401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Dean Riley, Clerk of Court

Date: 12/18/2012

*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Charles Godlove | 3:14-CV-132 |
| DEFENDANT | TYPE OF PROCESS |
| Martinsburg Senior Towers, et al. | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Martinsburg Senior Towers
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
200 East Stephen Street, Martinsburg, WV 25401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles Godlove
#205 East Stephen Street
Martinsburg WV 25401

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

see attached

C. D. Riley, Clerk By: C. Mullen, Deputy Clerk

**FILED**
JAN 28 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 304-267-8225
DATE:

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process:
District of Origin No. 67
District to Serve No. 87
Signature of Authorized USMS Deputy or Clerk
Date: 12·22·14

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:
Talked to office manager Rose Valle via telephone. Advised to leave court document with employee Michael Blubaugs DOB 5/24/70 Ph# 240-522-2563

Date: 12/30/14   Time: 1:00 ☐ am ☑ pm

Signature of U.S. Marshal or Deputy: Alphonso Wiler

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 1 | 0 | $65.56 | | $0.00 |

REMARKS: Fwd to Mtb Ofc for Service
(1) DUSM /mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-CV-132 (GROH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Martinsburg Senior Towers
was received by me on *(date)* 12/30/14 .

☑ I personally served the summons on the individual at *(place)* 200 East Stephen Street Martinsburg, WV  *left with Employee Michael Blubauge* on *(date)* 12/30/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ .56¢ for travel and $ $65.56 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/30/2014

Alphonso W[signature]
Server's signature

Alphonso Wideman  DUSM
Printed name and title

217 W. King St. Martinsburg, WV
Server's address

Additional information regarding attempted service, etc: