AO 440 (Rev. 12/09) Summons in a Civil Action

**ORIGINAL RECEIVED**
DEC 22 2014
UNITED STATES MARSHAL
Northern/West Virginia

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Charles Godlove<br><br>*Plaintiff*<br><br>v.<br><br>Martinsburg Senior Towers, et al.<br><br>*Defendant* | Civil Action No. 3:14-CV-132 (GROH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Millennia Housing, Ltd.
8111 Rockside Road
Valley View  OH  44125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles Godlove
#205 East Stephen Street
Martinsburg  WV  25401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Cheryl Dean Riley, Clerk of Court*

Date:   12/18/2012

_____
*Signature of Clerk or Deputy Clerk*

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

RECEIVED
DEPARTMENT
OF JUSTICE
2015 JAN 8 PM 1 26
U.S. MARSHALS
ND / OHIO
CLEVELAND, OHIO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Charles Godlove | 3:14-CV-132 |
| DEFENDANT | TYPE OF PROCESS |
| Martinsburg Senior Towers, et al. | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Millennia Housing, Ltd.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8111 Rockside Road Valley View OH 44125

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles Godlove
#205 East Stephen Street
Martinsburg WV 25401

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

see attached

C. D. Riley, Clerk   By: C. Mullen, Deputy Clerk

FILED
JAN 2 8 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 304-267-8225 | DATE |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 87 | District to Serve No. 61 | Signature of Authorized USMS Deputy or Clerk | Date 12-22-14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Liz Gabor

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 1-27-15   Time: 3:45 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $10.35 | $00 | | | $0.00 |

REMARKS:
Served Liz Gabor on behalf of Millenia Housing, Ltd.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-CV-132 (GROH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Liz Gabor__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Millenia Housing, Ltd.__ on *(date)* __01-27-2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __10.35__ for travel and $ __65.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __01-27-2015__

_____
Server's signature

Christopher Snack, Deputy U.S. Marshal
Printed name and title

801 W. Superior Ave Cleveland, OH 44113
Server's address

Additional information regarding attempted service, etc: