AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Charles Godlove, )<br>*Plaintiff* )<br>v. )<br>Martinsburg Senior Towers, LP, et. al., )<br>*Defendant* ) | Civil Action No. 3:14cv132 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by Chief Judge    Gina M. Groh

Memorandum Opinion and Order granting motions to dismiss and denying as moot motions for a more definite statement and motion for temporary injunction. This case is dismissed with prejudice for failure to state a claim and ordered stricken from the docket.

Date:    April 21, 2015                                              *CLERK OF COURT*

                                                                    /s/    *J. L. Gregory*
                                                                    *Signature of Clerk or Deputy Clerk*