FILED: July 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1540
(3:14-cv-00132-GMG-RWT)
_____

CHARLES GODLOVE

    Plaintiff - Appellant

v.

MARTINSBURG SENIOR TOWERS, LP; MILLENNIA HOUSING MANAGEMENT LTD.; AMERICAN PRESERVATION BUILDERS LLC

    Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK