FILED: August 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1540
(3:14-cv-00132-GMG-RWT)
_____

CHARLES GODLOVE

  Plaintiff - Appellant

v.

MARTINSBURG SENIOR TOWERS, LP; MILLENNIA HOUSING MANAGEMENT LTD.; AMERICAN PRESERVATION BUILDERS LLC

  Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered July 23, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*